No. 78–5523.   CATANZARO v. MASCO CORP.   C. A. 3d Cir. Certiorari denied.

No. 78–5524.   WERN v. CITY OF CENTERVILLE, OHIO.   Ct. App. Ohio, Montgomery County.   Certiorari denied.

No. 78–5525.   JONES v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 78–5530.   SALTER v. JOHNSTON, SHERIFF.   C. A. 6th Cir.   Certiorari denied.

No. 78–5534.   PETERSON ET AL. v. PUERTO RICO.   Sup. Ct. P. R.   Certiorari denied.

No. 78–5536.   HARMON v. MISSISSIPPI.   Sup. Ct. Miss. Certiorari denied.

No. 78–5537.   GARZA v. OREGON.   Ct. App. Ore.   Certiorari denied.

No. 78–5538.   IN RE WELFARE OF A. R. W. ET AL.   Sup. Ct. Minn.   Certiorari denied.

No. 78–5539.   CLIFTON v. CALIFORNIA.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 78–5543.   HINCHCLIFFE v. PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 78–5545.   HOLSEY v. COLLINS, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 78–5547.   BRIGHTWELL v. PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.